Kelly Marie Smith, Esq.
Nevada Bar No. 9192
LAW OFFICES OF CHRISTINE G. MOORE
SALARIED EMPLOYEES OF USAA
2300 W. Sahara Ave., Suite 800
Las Vegas, NV 89102
Tel: 702-530-3910
kelly.smith2@usaa.com
Attorneys for Defendant,
*Thomas O'Neill*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VICKI FALLIS, individually,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THOMAS O'NEILL, individually, CSAA GENERAL INSURANCE COMPANY; DOES I through XX; and ROE BUSINESS ENTITIES I through XX, inclusive<br><br>　　　　　Defendants. | CASE NO.: 3:24-cv-00592-MMD-CSD<br><br>**ORDER GRANTING STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by Defendant THOMAS O'NEILL and Plaintiff VICKI FALLIS, through their counsel of record, that the above matter be dismissed with prejudice as to Defendant THOMAS O'NEILL only, each party to bear their own costs.

Dated this 18th day of February 2025.

**RICHARD HARRIS LAW FIRM**

*/s/ Joshua R. Dahan*
_____
JOSHUA R. DAHAN, ESQ.
Nevada Bar No. 16516
6900 S. McCarran Blvd., Suite 1010
Reno, Nevada 89509
*Attorney for Plaintiff*

Dated this 18th day of February 2025.

**LAW OFFICES OF CHRISTINE G. MOORE**

*/s/ Kelly Marie Smith*
_____
KELLY MARIE SMITH, ESQ.
Nevada Bar No. 9192
2300 West Sahara Ave., Suite 800
Las Vegas, Nevada 89102
*Counsel for Defendant,*
*Thomas O'neill*

*Fallis v. O'neill*
3:24-cv-00592

## ORDER

Based on the parties' stipulation and with good cause appearing, **IT IS HEREBY ORDERED** that this case is dismissed with prejudice as to Defendant Thomas O'Neill only, with each party to bear its own costs and fees.

_____
United States District Judge

DATED: February 18, 2025

SUBMITTED BY:

LAW OFFICES OF CHRISTINE G. MOORE

/s/ Kelly Marie Smith
_____
KELLY MARIE SMITH, ESQ.
Nevada Bar No. 9192
2300 W. Sahara Ave., Suite 800
Las Vegas, Nevada 89102
(702) 260-4967
Kelly.smith2@usaa.com
Attorney for Defendant,
*Thomas O'Neill*

2

| | |
|---|---|
| **From:** | Joshua Dahan |
| **To:** | Signoretti, Benjamin |
| **Cc:** | Smith, Kelly |
| **Subject:** | EXTERNAL: Re: Vicki Fallis v O"Neill - Case No. 3:24-cv-00592 - Stipulation and Order to Dismiss |
| **Date:** | Tuesday, February 18, 2025 8:37:40 AM |

**This Message Is From an External Sender**
Use added caution when reviewing emails from external sources. For a list of red flags and more information about this message, please visit go/security/.

Yes that works. Thanks
**Josh Dahan**
Lawyer



| | |
|---|---|
| Las Vegas | Reno |
| 801 South 4th Street | 6900 S. McCarran Blvd., #1010 |
| Las Vegas NV 89101 | Reno NV 89509 |
| Ph. (702) 444-4444 x 220 | Ph. (775) 222-2222 |

**Confidentiality Notice:** This message and any attachments are for the named person's use only. The message and any attachment may contain confidential, proprietary, or privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately notify the sender, delete all copies of it from your system, and destroy any hard copies of it. Please do not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Further, this message shall not be considered, nor shall it constitute an electronic transaction, non-paper transaction, and/or electronic signature under any and all electronic acts including the Uniform Electronic Transfer Act and/or the Electronic Signatures in Global and National Commerce Act.

> On Feb 18, 2025, at 8:34 AM, Signoretti, Benjamin <Benjamin.Signoretti@usaa.com> wrote:
>
> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
> Good morning,
>
> Attached is the STIPULATION AND ORDER TO DISMISS WITH PREJUDICE in the above matter for your review. If acceptable, please provide authorization to attach your e-signature for submission to the Court.

Please contact Kelly Marie Smith, Esq., or the undersigned with any questions.

Thank you,

**Ben Signoretti | Legal Assistant II | Las Vegas Staff Counsel**
Litigation Group, Chief Legal Office, USAA
Law Offices Of Christine G. Moore
2300 West Sahara Avenue – Suite 800
Las Vegas, NV 89102
Office Phone No.: (702) 530-3910
Direct Phone No.: (702) 437-6747
Email:   Benjamin.Signoretti@usaa.com
Direct Fax No.: (844) 379-7126

PRIVILEGED COMMUNICATION: This email and any attachments are confidential and subject to the Attorney-Client Privilege and, as a document prepared in the course of or in anticipation of litigation, is also subject to protection as Attorney Work Product. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this email or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and delete this copy from your system. Thank you for your cooperation.

*If you are sending any time sensitive document, including but not limited to, policy/time limit demands and discovery, please email an additional copy to the following email recipient to ensure delivery Kelly.Smith2@usaa.com.*

**We would prefer receiving communications electronically.   If you are sending attachments, please send them in .pdf format as we are not able to access dropbox locations or links.  Thank you for your anticipated courtesy and cooperation.**

Disclaimer: This email and any attachments are the property of USAA and may contain confidential and/or privileged material. If you are not the intended recipient, any use, disclosure or copying of this email or any attachments is unauthorized. If you received this email in error, please immediately notify the sender and delete the email and any attachments from your computer.
<3.24-cv-00592- Fallis v Oneil - Stipulation and Order to Dismiss.pdf>